**In re SRI INTERNATIONAL.**

No. 2012–1456.

United States Court of Appeals, Federal Circuit.

June 18, 2013.

Craig E. Countryman, Fish & Richardson P.C., of San Diego, CA, argued for appellant. With him on the brief were Frank E. Scherkenbach, of Boston, MA; Thomas L. Halkowski, of Wilmington, DE; and Howard G. Pollack, of Redwood City, CA.

Scott C. Weidenfeller, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him

on the brief were Raymond T. Chen, Solicitor, and William Lamarca, Associate Solicitor.

NEWMAN, PLAGER, and TARANTO, Circuit Judge.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**